JULIAN N. FEIR, Appellant, *v.* MARITIME MILLING CO., INC., Respondent.

Submitted April 7, 1941; decided April 17, 1941.

*David S. Jackson* for motion.
No one opposed.
Motion granted and appeal dismissed, without costs.